UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric
et al.
        Plaintiff,

vs.

Nelson D.
Harlow D. J.
~~Goldstock W~~
        Defendant.

CASE NO. C08-3855JF

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _In the year of 2000 at San Quentin State_
5  _Prison I had no pay No. Prior to that Im disabl-_
6  _e and homeless. (ADA)_
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.   Business, Profession or           Yes ___ No ✓
10        self employment
11   b.   Income from stocks, bonds,        Yes ✓ No ___
12        or royalties?
13   c.   Rent payments?                    Yes ___ No ✓
14   d.   Pensions, annuities, or           Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _$13.00 from my Aunt on 1-14-08 serial No._
22  _200479669335_
23  3.   Are you married?                   Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _N/A_

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  __N/A_____
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No ✓
20 _____
21 8. What are your monthly expenses?
22 Rent: $ __N/A_____ Utilities: __N/A_____
23 Food: $ __N/A_____ Clothing: __N/A_____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____ 9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-20505-JF-530; CV-00752-JF-550

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-7-08                    T. Bradshaw
DATE                      SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.98</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.98</u>.    (20%= $0.20)

Dated: 7/14/08                                   _____
                                                  Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____J. Kleppin_____
TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER : P20045                    BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT   ACCOUNT TYPE: I
PRIVILEGE GROUP: C
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-------  ----   ------------     -------    ---------   --------   -----------   -------
01/01/2008      BEGINNING BALANCE                                                   0.00
01/14*DD30 CASH DEPOSIT      2981 #138                     5.85                     5.85
01/15  W516 LEGAL COPY CH    3013                                      1.90         3.95
01/17  W512 LEGAL POSTAGE    3049                                      0.20         3.75
01/17  W512 LEGAL POSTAGE    3049                                      1.31         2.44
01/22  W513 MISC. CHARGES    3121                                      0.20         2.24
01/31  W919 REVERSE LEGAL    3295/3049                                 1.27-        3.51
01/31  W215 FEDERAL FILIN    3295 1/14                                 1.17         2.34
01/31  W212 FEDERAL FILIN    3295 1/14                                 1.17         1.17
01/31  W212 FEDERAL FILIN    3295 1/14                                 1.17         0.00

                              CURRENT HOLDS IN EFFECT
   DATE       HOLD
  PLACED      CODE      DESCRIPTION                COMMENT         HOLD AMOUNT
 ---------    ----    ---------------              -------         -----------
 02/05/2008   H116   FEDERAL FILING FEE HOLD       3408 INI            0.30

                            * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                       CASE NUMBER: YA053506
COUNTY CODE: LA                                FINE AMOUNT: $     250.00

  DATE      TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
--------    ------   -----------                    -----------    -------
01/01/2008  BEGINNING BALANCE                                       240.00
01/14/08    DR30     REST DED-CASH DEPOSIT              6.50-       233.50
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.85 | 5.85 | 0.00 | 0.30 | 0.00 |

CURRENT AVAILABLE BALANCE

0.30-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY J. Klippin
TRUST OFFICE



Bradsaw Theopric #P20045
P.B.S.P. B8-113
P.O. Box 7500
Crescent City, CA
95532

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

NO POSTAGE

*pro se*

[signature] 8-7-08