FILED
08 SEP -2 PM 3:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric et al.,
    Plaintiff,

vs.

Nelson D.
Harlow D.J.
    Defendant.

CV 08 3855

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, __Bloodsaw T.__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_In the year of 2000 at San Quentin State Prison I had no pay number. Prior to that Im disable and homeless (ADA)._

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ✓ No ___

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_$13.00 From my Aunt on 1-14-08 serial No. 200479669335_

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

*N/A*

5.   Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash?   Yes ___ No ✓   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

8.   What are your monthly expenses?

Rent: $ *N/A*    Utilities: *N/A*

Food: $ *N/A*    Clothing: *N/A*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  __N/A__
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  __CV-20505-JF-330; CV-00752-JF-550__
10  __U.S. District Court, Northern Dist. of CA.__
11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  __8-20-08__                    __T. Bradshaw__
17       DATE                      SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.      (20%= $0.00)

Dated: __8/22/08__                                    _____
                                                      Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 22, 2008

ACCOUNT NUMBER  : P20045                         BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME    : BLOODSAW, THEOPRIC KENT           ACCOUNT TYPE: I
PRIVILEGE GROUP : C
                             TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                             CURRENT HOLDS IN EFFECT
     DATE          HOLD
    PLACED         CODE         DESCRIPTION             COMMENT         HOLD AMOUNT
   ----------     ------   ----------------------     -----------    --------------
   02/05/2008      H116    FEDERAL FILING FEE HOLD       3408 INI              0.30

                             TRUST ACCOUNT SUMMARY

    BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
    BALANCE         DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
   ----------     ----------   ------------     ---------    ----------    --------------
        0.00           0.00           0.00          0.00          0.30              0.00
```

                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                         --------------
                                                                                  0.30-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE





PBSP INDIGENT ENVELOPES